# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FUJIFILM CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EASTMAN KODAK COMPANY,<br><br>　　　　Defendant. | Case No. 2:24-cv-4017 (MCA) (JSA)<br><br>**CONSENT ORDER WITHDRAWING MOTION TO DISMISS AND EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO AMENDED COMPLAINT** |

THIS MATTER having come before the Court on joint application made by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Defendant Eastman Kodak Company ("Kodak") and Carella, Byrne, Cecchi, Brody & Agnello, P.C., attorneys for Plaintiff Fujifilm Corporation ("Fuji"); and on May 30, 2024, Kodak filed a Motion to Dismiss the Complaint filed by Fuji, which is currently returnable on July 15, 2024 (D.E. 25); and on June 17, 2024, Fuji filed an Amended Complaint (D.E. 30); and Kodak's time to answer, move or otherwise respond to the Amended Complaint expires on July 1, 2024; and the Parties having agreed that Kodak will withdraw its Motion to Dismiss and answer, move or otherwise respond to the Amended Complaint; and good cause appearing;

IT IS on this 26th day of June 2024, ORDERED AS FOLLOWS:

1. The Motion to Dismiss filed by Kodak (D.E. 25) is hereby withdrawn; and

2. The time within which Kodak must answer, move or otherwise respond to the Amended Complaint is hereby extended through and including July 15, 2024.

　　　　　　　　　　　　　　　　　　　　s/Jessica S. Allen
　　　　　　　　　　　　　　　　　　　　HON. JESSICA S. ALLEN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge