# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | CARL R. WOODWARD, III | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | MELISSA E. FLAX | **PHONE (973) 994-1700** | JAMES A. O'BRIEN, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | DAVID G. GILFILLAN | **FAX (973) 994-1744** | JOHN G. ESMERADO | JORDAN M. STEELE** |
| | G. GLENNON TROUBLEFIELD | www.carellabyrne.com | STEVEN G. TYSON | ROBERT J. VASQUEZ |
| | BRIAN H. FENLON | | MATTHEW J. CERES | BRITTNEY M. MASTRANGELO |
| CHARLES C. CARELLA | CAROLINE F. BARTLETT | | ZACHARY A. JACOBS*** | GRANT Y. LEE*** |
| 1933 – 2023 | ZACHARY S. BOWER+ | | JASON H. ALPERSTEIN+ + | MAYBOL HALL |
| | DONALD A. ECKLUND | | | WILLIAM J. MANORY |
| | CHRISTOPHER H. WESTRICK* | | OF COUNSEL | |
| | STEPHEN R. DANEK | | | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF | |
| | MEGAN A. NATALE | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | KEVIN G. COOPER | | **MEMBER NY BAR ONLY | |
| | | | ***MEMBER IL BAR ONLY | |
| | | | +MEMBER FL BAR ONLY | |
| | | | + + MEMBER NY & FL BAR ONLY | |

January 13, 2025

*Via ECF*
Hon. Jessica S. Allen, U.S.M.J.
United States District Court for the
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

   Re: *FUJIFILM Corporation v. Eastman Kodak Company*
      Civil Action No. 2:24-04017 (MCA)(JSA)

Dear Judge Allen:

  Pursuant to Your Honor's November 21, 2024 Order (D.I. 65), Plaintiff FUJIFILM Corp. ("Fujifilm" or "Plaintiff") and Defendant Eastman Kodak Company ("Kodak" or "Defendant") jointly submit this status letter addressing the status of completing *Markman* related tasks and discovery.

  This case is in fact discovery, which closes on December 23, 2025. D.I. 52, ¶ 22. The parties are currently working on written discovery, and on producing documents, including electronically stored information ("ESI"), pursuant to the stipulated ESI Order. The parties are also engaging in ongoing meet and confers regarding certain discovery issues.

  The parties have also begun the process of exchanging information leading up to *Markman* briefing and a *Markman* hearing in accord with the case schedule Ordered by the Court. *See* D.I. 52, ¶¶ 7-16.

  Overall, the case is proceeding according to the case schedule and in compliance with the ESI Order, such that there are no issues ripe for the Court's attention at this time, although there may be discovery or claim construction related disputes to be presented to Your Honor in the coming months.

Hon. Jessica S. Allen, U.S.M.J.
January 13, 2025
Page 2

    Thank you for your attention to this matter.

                        Respectfully submitted,



CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

JOHN M. AGNELLO

JMA
Cc:    All Counsel of Record (via ECF)